**Mark Epstein, Esq.**        SBN: 159801
**Julia M. Adams, Esq.**      SBN: 230795
**The Epstein Group**
**Attorneys & Counselors at Law**
2358 Market Street, Third Floor
San Francisco, California  94114
Telephone (415) 863-5718
Facsimile (415) 863-8719
e-mail: mepstein@epsteingroup.com

Attorneys for Plaintiff
CARLOS RADCLIFFE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS RADCLIFFE,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROBERT L. AYERS, JR., Warden, San Quentin State Prison, San Quentin, CA in his official capacity; Correctional Officer MARINO, individually; AND DOE 1 through DOE 20, inclusive,<br><br>    Defendants. | CASE NO. **C 09-1547 CW**<br><br>**AMENDED STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE; DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; AND ORDER THEREON** |

The parties, by and through their counsel of record, hereby submit the following Stipulation and [Proposed] Order to Continue the Case Management Conference and Defendants' Motion for Summary Judgment.

WHEREAS on October 1, 2009, defendants AYERS and MARINO, filed a Motion for Summary Judgment that is calendared for November 5, 2009, at 2:00 p.m.; and

WHEREAS counsel for plaintiff has been in trial in San Francisco Superior Court before Judge James A. Robertson II, since July 31, 2009; and

WHEREAS the parties have stipulated to continue the Motion for Summary Judgment to December 3, 2009, at 2:00 p.m.; and

WHEREAS a Case Management Conference is scheduled to occur on November 17,

1  2009, two weeks prior to the date the parties have stipulated to set the hearing for the Motion for
2  Summary Judgment; and
3      WHEREAS, as currently set due to the pending Motion for Summary Judgment, the Case
4  Management Conference will not be as productive as intended and would be a waste of the
5  Court's time and resources, which the parties wish to avoid.
6      ACCORDINGLY, the parties do hereby stipulate and request that the Motion for
7  Summary Judgment be continued to December 3, 2009 at 2:00 p.m. and that all related and
8  corresponding dates and deadlines be continued accordingly.
9      The parties further stipulate and request that the Case Management Conference, and all
10 related and corresponding dates and deadlines, be vacated pending the outcome of defendants'
11 Motion for Summary Judgment.
12     The parties further stipulate and request the Case Management Conference be reset to a
13 date no earlier than thirty (30) days following the entry of the Court's Order on defendants'
14 Motion for Summary Judgment, as is convenient for the Court.
15 **IT IS SO STIPULATED.**

DATED:  October 20, 2009

THE EPSTEIN GROUP
Attorneys & Counselors at Law

By: /s/ Julia M. Adams
    MARK EPSTEIN
    JULIA M. ADAMS
Attorneys for Plaintiff CARLOS RADCLIFFE

DATED:  October 20, 2009

ATTORNEY GENERAL OF CALIFORNIA

By: /s/ Julianne Mossler
    EDMUND G. BROWN, JR.
    JULIANNE MOSSLER
Attorneys for Defendants AYERS and MARINO

## ORDER

By the Order of this Court and stipulation of the parties, defendants' Motion for Summary Judgment will be decided on the papers. The hearing set for November 5, 2009 at

The Epstein Group Attorneys

1  2:00 p.m. has been vacated.  Plaintiffs opposition to the motion will be due November 12, 2009,
2  and any reply will be due November 19, 2009.
3  　　It is further ordered that the Case Management Conference scheduled for November 17,
4  2009 at 2:00 p.m. is vacated pending the outcome of defendants' Motion for Summary Judgment
5  and shall be reset for a date not less than thirty (30) days following the entry of the Court's Order
6  on defendants' Motion for Summary Judgment.  All related and corresponding dates and
7  deadlines are also hereby vacated.

11  **IT IS SO ORDERED.**

12  DATED:          October 21, 2009          By:_____
                                                HON. CLAUDIA WILKEN
13                                              United States District Court

The Epstein Group
Attorneys

AMENDED STIPULATION TO CONTINUE